UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| IN RE:  PEPPERS, JOCELYN N.<br>Debtor(s) | CASE NO. 09-25435 JPK |

**NOTICE OF DEPOSIT OF UNCLAIMED FUNDS
TO UNITED STATES BANKRUPTCY COURT
CLERK'S REGISTRY CHECKING ACCOUNT**

TO: THE HONORABLE:   J.  Phillip Klingeberger

Comes now Stacia L. Yoon, Trustee, and applies to the Court as follows:

1. I am the duly appointed Trustee and, as such, hold unclaimed property of this estate.

2. Pursuant to FRBP 3010, the following is a list of all known names and addresses of the entities that are entitled to be paid from the remaining property of the estate and the amounts that they are owed:

    Roundup Funding, LLC                                    $3.21

3. Trustee believes it appropriate that the sum(s) set forth in paragraph 2 be paid to the U.S. Bankruptcy Court Clerk's Registry Checking Account for the use and benefit of the parties set forth therein.

| | |
|---|---|
| DATED:       July 6, 2011 | By: /s/ Stacia L. Yoon<br>STACIA L. YOON, TRUSTEE #16933-53<br>Genetos Retson & Yoon LLP<br>8585 Broadway, Suite 480<br>Merrillville, IN 46410<br>Telephone: (219) 755-0401<br>bankruptcy@grymlaw.com |

**DISTRIBUTION:**
U.S. Trustee, ustpregion10.so.ecf@usdoj.gov
Stacia L. Yoon, bankruptcy@grymlaw.com
Roundup Funding, LLC, MS 550, P.O. Box 91121, Seattle, WA 98111-9221

1

Printed: 06/30/11 11:37 AM

# Claims Distribution Small Checks

Page: 1

Trustee: Stacia L. Yoon, Chapter 7 Trustee (340450)

Case: 09-25435 - PEPPERS, JOCELYN N.

| Account No. | Check No. | Issued | | | | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|
| | | Claim No. | Filed | Priority | Claimant | | | | |
| 92006408310866 | 113 | 06/30/11 | Payee: | | U.S. Bankruptcy Court | | | Check Amount: | $3.21 |
| | | 2 | 07/21/10 | 610 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | 70.05 | 70.05 | 3.21 | 3.21 |

(*) Denotes objection to Amount Filed